**KARIN J. IMMERGUT**
United States Attorney
Oregon State Bar No. 96314
**SCOTT ERIK ASPHAUG**
Assistant United States Attorney
Oregon State Bar No. 83367
United States Attorney's Office
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1008
Facsimile: (503) 727-1117
scott.asphaug@usdoj.gov
         Of Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **WESTERN RADIO SERVICES COMPANY INC.,** an Oregon Corporation; and **RICHARD L. OBERDORFER,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES FOREST SERVICE; LARRY TIMCHAK; JIM McMILLIN; BOB ROCK; KRISTEN BAIL; JIM SAUSER;** and **DIANA HSIEH,**<br><br>Defendants. | Case No.  CV 04-1346 AA<br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**I.     CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1**

Pursuant to Local Rule 7.1, I attempted to contact counsel for plaintiffs in order to make a good faith effort to resolve this dispute but was unable to speak with her.

**Page 1-     Defendants' Motion for Summary Judgment**
         *Western Radio v. United States Forest Service*; CV 04-1346 AA

**II.    MOTION**

Defendants United States Forest Service, Larry Timchak, Jim McMillin, Bob Rock, Kristen Bail, Jim Sauser and Diana Hsieh, by Karin J. Immergut, United States Attorney for the District of Oregon, through Scott Erik Asphaug, Assistant United States Attorney for the District of Oregon, moves for Summary Judgment pursuant to Fed. R. Civ. P. 56(b).  This motion is supported by a memorandum of law, declarations, exhibits and concise statement of material facts.

Dated this 18th day of September, 2007.

                                          Respectfully submitted,

                                          KARIN J. IMMERGUT
                                          United States Attorney
                                          District of Oregon


                                           */s/ Scott Erik Asphaug*
                                          SCOTT ERIK ASPHAUG
                                          Assistant United States Attorney
                                          Oregon State Bar No. 83367
                                          1000 S.W. Third Ave., Suite 600
                                          Portland, OR  97204-2902
                                                 Attorney for Federal Defendants

**Page 2-    Defendants' Motion for Summary Judgment**
                *Western Radio v. United States Forest Service*; CV 04-1346 AA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** was served upon all parties electronically via ECF on September 18, 2007, addressed to:

Marianne G. Dugan
Attorney at Law
259 E. 5th Avenue, Suite 200-D
Eugene, OR 97401
Email: mdugan@mdugan.com
    *Attorney for Plaintiffs*

    /s/ Melissa Stewart
MELISSA STEWART
LEGAL ASSISTANT